UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE :

GABRIEL, DIANE
GABRIEL, EDMOND

CHAPTER 13
CASE NO. 10-40877-HJB

## MOTION TO AMEND SCHEDULE J

Now come the Debtors and move to amend Schedule J of their Chapter 13 Petition, pursuant to the attached Amended Schedule J.

This Amended Schedule J reflects a slight increase to the Debtors' car payment and a slight decrease to the Debtors' various monthly expenses.

This Amended Schedule J does not jeopardize the feasibility of their Chapter 13 Plan.

WHEREFORE, the Debtors request that this Motion be granted.

Respectfully Submitted,
Diane Gabriel and Edmond Gabriel
By their Attorney,

/s/ Kenneth E. Lindauer
Kenneth E. Lindauer, BBO #300540
Law Offices of Kenneth E. Lindauer
14 Lynde Street
Salem, MA 01970
Dated: October 9, 2013    (978) 744-5861
ken@lindauerlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2013, I electronically filed the foregoing Motion to Amend Schedule J with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

10/09/2013 ALLOWED.